

Jonathan Marc Davidoff, Esq.
Admitted in New York and Florida

Danielle Shayne Shapero, Esq.
Admitted in New York

Aaron R. Resnick, Esq.
Admitted in Florida, of Counsel

Derek A. Schwartz, Esq,
Admitted in Florida, of Counsel

January 8, 2023

via ECF Only
Honorable Arlene R. Lindsay
District Court, Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722-9014

      Re:    *Barry Dynkin and Semyon Dynkin v. Ben-Zion Alcalay, et al*
               Case No.: 22-cv-01950

This Firm represents Defendants, Ben-Zion Alcalay ("Ben-Zion"), Benjamin Alcalay ("Benjamin"), Eliahu Alcalay ("Eli") and 18BlackBears, LLC ("18BlackBears") in the action. Defendants respectfully request an adjournment of the conference scheduled for January 11, 2022, or alternatively, the conference be conducted remotely.

I am a single father and my eleven-year-old daughter tested positive for Covid today and has symptoms. My daughter will be quarantined with me for the next five days. Therefore, I am unable to appear at the in-person conference scheduled for January 11, 2022. I am able to appear at that time for a remote conference if the Court so desires, or I respectfully request that the conference be adjourned.

The Defendants and counsel thank the Court for its time and attention to this matter

Respectfully submitted,

*Jonathan Davidoff*

Jonathan Marc Davidoff, Esq.

cc: all parties of record via ECF



228 East 45th Street
Suite 1110
New York, NY 10017
Tel: (212) 587-5971
Fax: (212) 658-9852

www.DavidoffLawFirm.com

100 North Biscayne Blvd
Suite 1607
Miami, FL 33132
Tel: (305) 672-7495
Fax: (305) 718-0647