

Attorneys at Law

| | |
|---|---|
| 216 Lakeville Road<br>Great Neck, New York 11020<br>T 516.437.3400<br>F 516.334.3000 | 500 Village Square Crossing, Suite 101<br>Palm Beach Gardens, Florida 33410<br>T 561.899.9999<br>F 561.584.6434 |

Gary Rosen, Esq. (Admitted NY, FL, NJ, PA, GA)
Jared Rosen, Esq. (Admitted NY, FL, NJ)
Jaime Rosen, Esq. (Admitted NY, FL, NJ, CT)
Michael J. Noonan, Esq. (Admitted NY)
Joseph Noonan, Esq. (Admitted NY, IL)

January 9, 2023

**VIA CM/ECF**
Honorable Arlene R. Lindsay
United States Magistrate Judge
United States Courthouse, Eastern District of New York
100 Federal Plaza,
Central Islip, New York 11722

    **RE:**    **Dynkin, et.al v. Alcalay, et.al.**
             **Case No. 22-CV-1950(GFB)(ARL)**
             **United States District Court, Eastern District of New York**

Dear Judge Lindsay:

    This office represents Plaintiff Barry Dynkin and Plaintiff Semyon Dynkin in the above entitled action.

    We are in receipt of the letter from Jonathan Davidoff, Esq. of yesterday regarding that he cannot appear in person due to his daughter having Covid. We hope that his daughter has a quick recovery and we would be amenable to appearing virtual for an initial conference so that discovery demands can be promptly served.

    Thank you very much,

                                                        Respectfully submitted,

                                                        Gary Rosen

cc:    Jonathan Davidoff, Esq.,
        Attorney for Defendants